# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-00006

| | |
|---|---|
| **CONSTITUTION PARTY OF NORTH CAROLINA,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**KIM WESTBROOK STRACH,** *in her official capacity as Executive Director of the North Carolina State Board of Elections and Ethics Enforcement,*<br><br>   **Defendant.** | **ORDER** |

  **THIS MATTER** is before the Court on Defendant's Motion to Stay (Doc. No. 11). Plaintiff consents to the Motion.

  Plaintiff filed its Complaint on January 3, 2018. Defendant filed her Answer on February 27, 2018. This Court entered a Pretrial Order and Case Management Plan on March 26, 2018. On June 19, 2018, Defendant filed a Rule 12(b)(1) Motion to Dismiss for lack of subject matter jurisdiction. Defendant simultaneously filed this Motion to Stay all further proceedings, including discovery, pending a ruling on Defendant's Motion to Dismiss. The Court finds that Plaintiff has consented to this Motion and that there is good cause for a stay to be granted.

  Accordingly, the Court **ORDERS** that this matter is stayed, excepting the deadlines for filing responses to Defendant's Motion to Dismiss, until the Motion to Dismiss has been resolved.

  **SO ORDERED.**

Signed: June 22, 2018

Graham C. Mullen
United States District Judge